Adam Hosmer-Henner, Esq. (NSBN 12779)
Jane Susskind, Esq. (NSBN 15099)
Katrina Weil, Esq. (NSBN 16152)
**McDONALD CARANO LLP**
100 West Liberty Street, 10th Floor
Reno, Nevada 89501
(775) 788-2000
ahosmerhenner@mcdonaldcarano.com
jsusskind@mcdonaldcarano.com
kweil@mcdonaldcarano.com

James J. Oh, Esq. (*pro hac vice* forthcoming)
Kathleen Barrett, Esq. (*pro hac vice* forthcoming)
Lydia Pincsak, Esq. (*pro hac vice* forthcoming)
**EPSTEIN BECKER GREEN, P.C.**
227 W. Monroe, Suite 3250
Chicago, IL 60606
(312) 499-1470
joh@ebglaw.com
kbarrett@ebglaw.com
lpincsak@ebglaw.com

Robert E. Wanerman, Esq. (*pro hac vice* forthcoming)
**EPSTEIN BECKER GREEN, P.C.**
1227 25th Street, N.W., 7th Floor
Washington, DC 20037
(202) 861-1885
rwanerman@ebglaw.com

*Attorneys for Plaintiff Hometown Health Plan, Inc.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \* \* \*

| | |
|---|---|
| HOMETOWN HEALTH PLAN, INC., a Nevada non-profit corporation,<br><br>              Plaintiff,<br><br>      v.<br><br>XAVIER BECERRA, in his official capacity as Secretary, United States Department of Health and Human Services; and CHIQUITA BROOKS LASURE, in her official capacity as Administrator, Centers for Medicare and Medicaid Services<br><br>              Defendants. | **Case No: 3:24-cv-00154-MMD-CSD**<br><br>**PLAINTIFF'S NOTICE OF COMPLIANCE WITH THE COURT'S APRIL 2, 2024 ORDER (ECF NO. 8)** |

Plaintiff Hometown Health Plan, Inc. ("Hometown Health" or "Plaintiff"), by and through its attorneys, and pursuant to the Court's April 2, 2024 Order (ECF No. 8), hereby submits its Notice of Compliance of Service of the Court's April 2, 2024 Order (ECF No. 7) upon all Defendants listed in the caption. Plaintiff submits the Declarations of Kathleen Barrett, attached as **Exhibit 1**, and Jacqueline Carstenbrook, attached as **Exhibit 2**, in support of this Notice of Compliance.

Dated this 5th day of April, 2024.

McDONALD CARANO, LLP

By */s/ Adam Hosmer-Henner*
   Adam Hosmer-Henner (NSBN 12779)
   Jane Susskind (NSBN 15099)
   Katrina Weil (NSBN 16152)
   McDONALD CARANO LLP
   100 West Liberty Street, 10th Floor
   Reno, NV 89501

James J. Oh (*pro hac vice* pending)
Kathleen Barrett (*pro hac vice* pending)
Lydia Pincsak (*pro hac vice* pending)
EPSTEIN BECKER GREEN, P.C.
227 W. Monroe, Suite 3250
Chicago, IL 60606

Robert E. Wanerman (*pro hac vice* pending)
EPSTEIN BECKER GREEN, P.C.
1227 25th Street, N.W., 7th Floor
Washington DC 20037

*Attorneys for Plaintiff Hometown Health*