Adam Hosmer-Henner, Esq. (NSBN 12779)
Jane Susskind, Esq. (NSBN 15099)
Katrina Weil, Esq. (NSBN 16152)
**McDONALD CARANO LLP**
100 West Liberty Street, 10th Floor
Reno, Nevada 89501
(775) 788-2000
ahosmerhenner@mcdonaldcarano.com
jsusskind@mcdonaldcarano.com
kweil@mcdonaldcarano.com

James J. Oh, Esq. (admitted *pro hac vice*)
Kathleen Barrett, Esq. (admitted *pro hac vice*)
Lydia Pincsak, Esq. (admitted *pro hac vice*)
**EPSTEIN BECKER GREEN, P.C.**
227 W. Monroe, Suite 3250
Chicago, IL 60606
(312) 499-1470
joh@ebglaw.com
kbarrett@ebglaw.com
lpincsak@ebglaw.com

Robert E. Wanerman, Esq. (admitted *pro hac vice*)
**EPSTEIN BECKER GREEN, P.C.**
1227 25th Street, N.W., 7th Floor
Washington, DC 20037
(202) 861-1885
rwanerman@ebglaw.com

*Attorneys for Plaintiff Hometown Health Plan, Inc.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \* \* \*

| | |
|---|---|
| HOMETOWN HEALTH PLAN, INC., a Nevada non-profit corporation,<br><br>Plaintiff,<br><br>v.<br><br>XAVIER BECERRA, in his official capacity as Secretary, United States Department of Health and Human Services; and CHIQUITA BROOKS LASURE, in her official capacity as Administrator, Centers for Medicare and Medicaid Services<br><br>Defendants. | **Case No: 3:24-cv-00154-MMD-CSD**<br><br><br>**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL** |

Plaintiff, Hometown Health Plan, Inc. ("Hometown Health"), by and through its attorneys, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby voluntarily dismisses this action without prejudice.

Dated this 15th day of April, 2024.

                                          McDONALD CARANO, LLP

                                          By  */s/ Adam Hosmer-Henner*
                                              Adam Hosmer-Henner (NSBN 12779)
                                              Jane Susskind (NSBN 15099)
                                              Katrina Weil (NSBN 16152)
                                              McDONALD CARANO LLP
                                              100 West Liberty Street, 10th Floor
                                              Reno, NV 89501

                                              James J. Oh (admitted *pro hac vice*)
                                              Kathleen Barrett (admitted *pro hac vice*)
                                              Lydia Pincsak (admitted *pro hac vice*)
                                              EPSTEIN BECKER GREEN, P.C.
                                              227 W. Monroe, Suite 3250
                                              Chicago, IL 60606

                                              Robert E. Wanerman (admitted *pro hac vice*)
                                              EPSTEIN BECKER GREEN, P.C.
                                              1227 25th Street, N.W., 7th Floor
                                              Washington DC 20037

                                              *Attorneys for Plaintiff Hometown Health*